```
Spencer A. Schneider (SBN 175071)
Karen E. Adelman (SBN 216927)
John J. Moura (SBN 082457)
BERMAN, BERMAN & BERMAN, LLP
11900 W. Olympic Blvd., Suite 600
Los Angeles, California 90064
Telephone (310) 447-9000
Facsimile (310) 447-9011

Attorneys for Defendant
GENERAL AGENTS INSURANCE COMPANY OF AMERICA, INC.
(Erroneously sued and served as GAINSCO, INC.)
```

ORIGINAL FILED
AUG 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

SUPERIOR COURT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAJIT SINGH, individually and allegedly doing business as GREYLINE CAB/YELLOW CAB,<br><br>Plaintiff,<br><br>v.<br><br>GAINSCO, INC. and DOES 1 -10,<br><br>Defendant. | CASE NO. C08-03874<br><br>[Civil Local Rules, rule 3-16]<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

TO PLAINTIFF AND TO HIS ATTORNEYS OF RECORD:

As required by Northern District of California Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no association of persons, firm, partnership, corporation (including parent corporation), or other entity that (1) has a financial interest in the subject matter in controversy or in a party to this proceeding or (2) has a

///
///
///
///

1

1 | nonfinancial interest in that subject matter or in a party that
2 | could be substantially affected by the outcome of this
3 | proceeding.

Dated: August 12, 2008

BERMAN, BERMAN & BERMAN, LLP

By: _____
Spencer A. Schneider
Karen E. Adelman
John J. Moura
Attorneys for Defendant
GENERAL AGENTS INSURANCE COMPANY
OF AMERICA, INC.
(Erroneously sued and served as
GAINSCO, INC.)

PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 11900 West Olympic Blvd., Ste. 600, Los Angeles, California 90064.

On August 12, 2008, I served the foregoing document described as "**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**" on the interested parties in this action by placing a [X] true copy thereof [] the original document enclosed in a sealed envelope addressed as follows:

[SEE ATTACHED SERVICE LIST]

__X__ (BY MAIL) In accordance with the regular mail collection and processing practices of this business office, with which I am familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope for collection and mailing on this same date following ordinary business practices.

_____ (BY PERSONAL SERVICE)
　　　　____ By personally delivering copies to the person served.
　　　　____ I delivered such envelope by hand to the office of the addressee pursuant to C.C.P. Section 1011.
　　　　____ I caused such envelope to be delivered by hand to the office of the addressee, either by overnight delivery via Overnite Express.
　　　　____ I caused such envelope to be delivered to the office of the addressee, by telecopier or facsimile machine. Proof of such delivery is attached hereto.

STATE
__X__   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 12, 2008, at Los Angeles, California.

__ANI MAKHANIAN__                    _[signature]_
Name                                  Signature

Service List

*SINGH v. GAINSCO, INC.*

Alameda County Superior Court Case No.   RG08395501

United States District Court Case No. TBA

Alexander J. Berline, Esq.
Christine Hiler, Esq.
HANSON BRIDGETT, LLP
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone (415) 777-3200
Facsimile (415) 541-9366
Attorneys for Plaintiff
BALJIT SINGH, individually and
allegedly doing business as GREYLINE CAB/YELLOW CAB