HANSON BRIDGETT LLP
ALEXANDER J. BERLINE - 158098
aberline@hansonbridgett.com
CHRISTINE HILER - 245331
chiler@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Plaintiff BALJIT SINGH,
individually and allegedly doing business as
GREYLINE CAB/YELLOW CAB

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT SINGH, individually and allegedly doing business as GREYLINE CAB/YELLOW CAB,<br><br>Plaintiff,<br><br>v.<br><br>GAINSCO INC. and DOES 1 - 10,<br><br>Defendant. | No. C08-03874 PJH<br><br>[State Court Action No. RG 08395501]<br><br>**DEMAND FOR JURY TRIAL** |

- 1 -

1  BALJIT SINGH, individually and allegedly doing business as GREYLINE
2  CAB/YELLOW CAB, hereby demands a trial by jury as provided by Rule 38, subdivision
3  (a), of the Federal Rules of Civil Procedure.
4
5  DATED: August 26, 2008                             HANSON BRIDGETT LLP
6
7                                                     By: /s/ Christine Hiler
                                                       CHRISTINE HILER
8                                                      Attorneys for Plaintiff BALJIT SINGH,
                                                       individually and allegedly doing
9                                                      business as GREYLINE CAB/YELLOW
                                                       CAB

- 2 -

DEMAND FOR JURY TRIAL                                                                    1594500.1