1  HANSON BRIDGETT LLP
   ALEXANDER J. BERLINE - 158098
2  aberline@hansonbridgett.com
   CHRISTINE HILER - 245331
3  chiler@hansonbridgett.com
   425 Market Street, 26th Floor
4  San Francisco, CA  94105
   Telephone:   (415) 777-3200
5  Facsimile:   (415) 541-9366

6  Attorneys for Plaintiff BALJIT SINGH,
   individually and allegedly doing business as
7  GREYLINE CAB/YELLOW CAB

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   BALJIT SINGH, individually and            No. C08-03874 PJH
12 allegedly doing business as
   GREYLINE CAB/YELLOW CAB,                  [State Court Action No. RG 08395501]
13
              Plaintiff,                     **PLAINTIFF'S CERTIFICATION OF
14                                           INTERESTED ENTITIES OR PERSONS**
        v.
15
   GAINSCO INC. and DOES 1 - 10,             Action Filed:    June 27, 2008
16
              Defendant.
17

- 1 -

1 | Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, Plaintiff BALJIT SINGH, individually and allegedly doing business as GREYLINE CAB/YELLOW CAB ("Plaintiff"), is not currently aware of any persons, associations of persons, firms, partnerships, corporations, or other entities other than the parties with either (a) a financial interest in this matter other than the named parties, or (b) any other kind of interest that could be substantially affected by the outcome of the proceeding other than the named parties. Thus, on behalf of Plaintiff, counsel of record, Hanson Bridgett LLP, certifies that there is no such interest to report under Civil L.R. 3-16.

DATED: September 2, 2008

HANSON BRIDGETT LLP

By: *[signature]*
ALEXANDER J. BERLINE
CHRISTINE HILER
Attorneys for Plaintiff BALJIT SINGH, individually and allegedly doing business as GREYLINE CAB/YELLOW CAB