1  HANSON BRIDGETT LLP
   ALEXANDER J. BERLINE - 158098
2  aberline@hansonbridgett.com
   CHRISTINE HILER - 245331
3  chiler@hansonbridgett.com
   425 Market Street, 26th Floor
4  San Francisco, CA 94105
   Telephone:  (415) 777-3200
5  Facsimile:  (415) 541-9366

6  Attorneys for Plaintiff BALJIT SINGH,
   individually and allegedly doing business as
7  GREYLINE CAB/YELLOW CAB

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   BALJIT SINGH, individually and          No. C08-03874 PJH
12 allegedly doing business as
   GREYLINE CAB/YELLOW CAB,                [State Court Action No. RG 08395501]
13
                Plaintiff,                 **[PROPOSED] ORDER DENYING**
14                                         **DEFENDANT'S MOTION TO DISMISS**
       v.
15                                         Date:  September 24, 2008
   GAINSCO INC. and DOES 1 - 10,           Time:  9:00 a.m.
16                                         Ctrm:  3
                Defendant.                 Judge: Hon. Judge Phyllis J. Hamilton
17
                                           **Action Filed:  June 27, 2008**
18

19
20
21
22
23
24
25
26
27
28

- 1 -

[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS                1597570.1

1     Defendant General Agents Insurance Company of America, Inc.'s ("GAINSCO's") Motion to Dismiss in the above-captioned action came regularly for hearing on September 24, 2008 at 9:00 a.m., in Courtroom 3 of this Court, the Honorable Judge Phyllis J. Hamilton presiding. Appearances were noted for the record.

    After full consideration of the evidence, points and authorities and other papers submitted by the parties, and oral arguments of counsel, IT IS HEREBY ORDERED that GAINSCO's motion is DENIED.

    IT IS FURTHER ORDERED that _____

_____

_____

_____

_____

_____.

DATED: September _____, 2008

_____
THE HONORABLE PHYLLIS J. HAMILTON
JUDGE OF THE U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA