```
 1  HANSON BRIDGETT LLP
    ALEXANDER J. BERLINE - 158098
 2  aberline@hansonbridgett.com
    CHRISTINE HILER - 245331
 3  chiler@hansonbridgett.com
    425 Market Street, 26th Floor
 4  San Francisco, CA  94105
    Telephone:  (415) 777-3200
 5  Facsimile:  (415) 541-9366

 6  Attorneys for Plaintiff BALJIT SINGH,
    individually and allegedly doing business as
 7  GREYLINE CAB/YELLOW CAB
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT SINGH, individually and allegedly doing business as GREYLINE CAB/YELLOW CAB,<br><br>Plaintiff,<br><br>v.<br><br>GAINSCO INC. and DOES 1 - 10,<br><br>Defendant. | No. C08-03874 PJH<br><br>[State Court Action No. RG 08395501]<br><br>**STIPULATION AND ORDER ALLOWING PLAINTIFFS' AMENDMENT TO THE COMPLAINT.** |

IT IS HEREBY AGREED AND STIPULATED TO AMONG THE PARTIES THAT:

Whereas, Plaintiff originally named and served "GAINSCO INC." as a defendant to this case;

Whereas, Defendant contends and Rule 26 disclosures of the subject insurance policy at issue have confirmed that defendant's true and correct name is General Agents Insurance Company of America, Inc.;

Whereas, in the interests of conserving judicial resources and the resources of the parties; The parties hereby agree and stipulate to an amendment of the complaint such that each and every reference to "GAINSCO INC." is replaced with

1  "General Agents Insurance Company of America, Inc.".

2  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

3  An amendment to the complaint in this action is allowed such that each and every reference to "GAINSCO INC." is replaced with "General Agents Insurance Company of America, Inc.". It is further ordered that defendant need not file a new answer, and that defendant's existing answer will be deemed the operative answer.

Dated: December 1, 2008

_____
United States District Court Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

SO STIPULATED:

DATED: November 26, 2008                HANSON BRIDGETT LLP

By: _____
ALEXANDER J. BERLINE
Attorneys for Plaintiff BALJIT SINGH,
individually and allegedly doing business
as GREYLINE CAB/YELLOW CAB

DATED: November 26, 2008                BERMAN, BERMAN & BERMAN, LLP

By: _____
JOHN J. MOURA
Attorneys for Defendant GENERAL
AGENTS INSURANCE COMPANY OF
AMERICA, INC. (Erroneously sued and
served as GAINSCO, INC.)

STIPULATION AND ORDER ALLOWING PLAINTIFFS' AMENDMENT TO THE COMPLAINT

1680119.1