1  HANSON BRIDGETT LLP
   ALEXANDER J. BERLINE - 158098
2  aberline@hansonbridgett.com
   CHRISTINE HILER - 245331
3  chiler@hansonbridgett.com
   425 Market Street, 26th Floor
4  San Francisco, CA  94105
   Telephone:   (415) 777-3200
5  Facsimile:   (415) 541-9366

6  Attorneys for Plaintiff BALJIT SINGH,
   individually and allegedly doing business as
7  GREYLINE CAB/YELLOW CAB

8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT SINGH, individually and allegedly doing business as GREYLINE CAB/YELLOW CAB,<br><br>Plaintiff,<br><br>v.<br><br>GAINSCO INC. and DOES 1 - 10,<br><br>Defendant. | No. C08-03874 PJH<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>Action Filed:  June 27, 2008<br>Trial Date:      May 3, 2010 |

- 1 -

STIPULATION TO DISMISS ACTION WITH PREJUDICE; CASE NO. C08-03874 PJH          1809845.1

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Baljit Singh, individually and allegedly doing business as Greyline Cab/Yellow Cab, and Defendant General Agents Insurance Company of America, Inc. (erroneously sued as GAINSCO, INC.), through their designated counsel, hereby stipulate to dismiss the above-entitled action with prejudice. The terms of the parties' Settlement Agreement & Release shall remain in full force and effect, and are not altered, modified or waived by this Stipulation To Dismiss Action With Prejudice.

IT IS SO STIPULATED.

DATED: November 23, 2009

HANSON BRIDGETT LLP

By: _____
ALEXANDER J. BERLINE
Attorneys for Plaintiff BALJIT SINGH, individually and allegedly doing business as GREYLINE CAB/YELLOW CAB

DATED: November 23, 2009

BERMAN, BERMAN & BERMAN, LLP

By: _____
SPENCER A. SCHNEIDER
Attorneys for Defendant GENERAL AGENTS INSURANCE COMPANY OF AMERICA, INC. (erroneously sued and served as GAINSCO, INC.)

IT IS SO ORDERED.

DATED: November 30, 2009

_____
THE HONORABLE PHYLLIS J. HAMILTON
JUDGE OF THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA